## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

IN RE:

JASON D. WELLS
JESSICA M. WELLS

DEBTOR(S)                                                    CASE NO. 19-70386

## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. The Debtors have not provided the following documents to the Trustee:

    (a) Copies of the certificate of title for a single-wide mobile home, a 2007 Chevrolet Silverado, a 2007 Chevrolet Colorado, a 2008 Ford Escape and a 2016 Honda VT13 motorcycle.

2. Mrs. Wells is employed with the local school system. Therefore, schedules I and J should be amended to reflect her income and expenses, and the plan payment amended commensurate with the changes in income.

3. The Trustee requests the following documentation:

    (a) The most recent year-to-date pay advice of Mrs. Wells.

4. American Honda Finance filed an objection to confirmation of the plan. [Doc. 11]. Any changes in valuation of the creditor's collateral, a 2016 Honda Fury, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

5. Onemain Financial Group, LLC is the servicer for Springleaf Funding. The debt to Springleaf in Part 3.3 and the debt to Onemain Financial appear to be the same debt. The plan should be amended to clarify the debt obligation due either of these creditors.

6. The Trustee objects to payment in full of the claim secured by the 2007 Chevrolet Colorado. Debtors value the vehicle at $2,100.00. Onemain Financial Group, LLC filed a claim in the amount of $3,291.10. [POC 4-1]. The claim is subject to valuation under § 506. The payment of this secured claim in excess of the secured value of the collateral is prejudicial to unsecured creditors. The plan should be amended to change the treatment for the Onemain Financial secured claim and placed under Part 3.2 of the plan.

7. The plan is not feasible, and is currently projected to require 85+ months of payments to pay secured, priority and administrative claims in full. Assuming the remaining claims to be filed equal the scheduled amounts, the plan must be amended as necessary, such as by increasing plan payments, re-amortizing secured claims, or taking other appropriate action. However, should future claims be filed in amounts higher than scheduled sums, or should there be any increase in the interest rates or secured values now proposed in the plan, then additional funds beyond those stated here will be required to present a feasible plan.

Respectfully submitted by:    Beverly M. Burden, Chapter 13 Trustee

By:   /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee
KY Bar ID: 82898
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the October 2, 2019, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via EM/ECF electronic service upon the following:

Jason D. Wells                              All other parties requesting electronic notice

2

3173 Burgey's Creek
Mallie, KY 41836

Jessica M. Wells
3173 Burgey's Creek
Mallie, KY 41836

                                        By:   /s/ Michael E. Litzinger
                                                  Michael E. Litzinger,
                                                  Attorney for Trustee